**Opinion issued April 1, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00463-CV

_____

## IN RE WEBBER COMMERCIAL CONSTRUCTION, LLC AND MELQUICEDEK GARCIA PAZ, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators Webber Commercial Construction, LLC and Melquicedek Garcia Paz filed a Petition for Writ of Mandamus challenging two orders issued by the trial court, one denying their motion to compel an independent medical examination of Real Party in Interest Derrick Pohts, and the other directing them to produce certain

documents.[1]  The challenged orders were signed by the Hon. Jeralynn Manor, then the presiding judge of the 80th District Court of Harris County, Texas.

On December 5, 2024, after this Petition for Writ of Mandamus was filed, Judge Manor signed an order transferring the underlying case to the 190th District Court of Harris County over which the Hon. Beau A. Miller presides.  In light of the transfer, this Court abated this original proceeding and remanded the matter to the 190th District Court to allow Judge Miller to reconsider the trial court rulings challenged in Relators' Petition for Writ of Mandamus.  *See* Tex. R. App. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Relators have now filed an Unopposed Motion to Reinstate and Dismiss Proceeding, stating that "[t]he parties have settled the civil action that underlies this proceeding, rendering the mandamus proceeding moot" and asking us to reinstate and dismiss this original proceeding.  *See* TEX. R. APP. P. 52.8(a); s*ee also In re State Farm Mut. Auto. Ins. Co.*, No. 01-22-00619-CV, 2023 WL 4239850, at \*1 (Tex. App.—Houston [1st Dist.] June 29, 2023, orig. proceeding) (mem. op.) (granting relator's request to dismiss after parties settled their dispute).

---

[1]  The underlying case is *Derrick Pohts v. Webber Commercial Construction, LLC and Melquicedek Garcia Paz*, cause number 2022-30297, pending in the 190th District Court of Harris County, Texas, the Hon. Beau A. Miller presiding.

We grant Relators' motion. We reinstate this original proceeding and dismiss the Petition for Writ of Mandamus. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.